UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

APR 23 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| RENNY SOJO DELGADO, | ) |
| WINSTON FLORES DURAN, | ) |
| EYDER BUENO FRANCIA, | ) |
| MARIO PEREZ ALVARADO, and | ) |
| MICHELL QUINTANA GIL, | ) |
| | ) |
| Defendants. | ) |

**4:25CR214 HEA/JSD**

**INDICTMENT**

The Grand Jury charges that:

**INTRODUCTION**

At all times material to this Indictment, unless otherwise specified below:

1.      During their conspiracy, **RENNY SOJO DELGADO, WINSTON FLORES DURAN, EYDER BUENO FRANCIA, MARIO PEREZ ALVARADO, and MICHELL QUINTANA GIL** (collectively "Defendants"), worked together and with other co-conspirators to steal thousands of dollars from financial institutions across the United States. Defendants stole the financial institutions' funds by installing hardware and/or software into automated teller machines ("ATMs"), and then manipulating the ATMs to dispense cash that did not belong to them. As part of their conspiracy, Defendants stole over $77,000 from a financial institution in the Eastern District of Missouri.

2.      Defendants are Venezuelan nationals, who travelled across the United States to execute their conspiracy.

1

3.    Bank Star, with locations in the Eastern District of Missouri, is a financial institution, the accounts and deposits of which are insured by the Federal Deposit Insurance Corporation.

## COUNT ONE
### (Conspiracy: 18 U.S.C. § 371)

4.    Each of the above allegations is hereby incorporated by reference as if fully set forth herein.

5.    Beginning in or about March 2025, and continuing through at least in or about April 2025, in the Eastern District of Missouri and elsewhere, the defendants,

**RENNY SOJO DELGADO,**
**WINSTON FLORES DURAN,**
**EYDER BUENO FRANCIA,**
**MARIO PEREZ ALVARADO,** and
**MICHELL QUINTANA GIL,**

voluntarily and intentionally combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury, to commit the following offense against the United States:

(a)    To take and carry away with intent to steal and purloin, money with a value exceeding $1,000, belonging to and in the care, custody, control, management and possession of a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b). All in violation of Title 18, United States Code, Section 371.

### Purpose of the Conspiracy

6.    The primary purpose of the conspiracy was for Defendants and their co-conspirators to unlawfully steal cash from ATMs containing funds belonging to banks. These banks were insured by the Federal Deposit Insurance Corporation.

## Manner and Means of the Conspiracy

7.  The conspiracy was carried out by Defendants and their co-conspirators in the following manner:

8.  Defendants and their co-conspirators traveled across the country targeting ATMs belonging to financial institutions in order to steal funds that belonged to the financial institutions.

9.  As part of their conspiracy, Defendants and their co-conspirators installed hardware and/or software into ATMs in order to command those ATMs to dispense large quantities of cash belonging to financial institutions.

## Overt Acts

10.  In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Missouri:

11.  On or about March 18, 2025, Defendants worked together to unlawfully take over $77,000 from a Bank Star ATM located at 1999 West Osage Street, Pacific, Missouri 63069.

### COUNT TWO
**(Bank Theft: 18 U.S.C. § 2113(b))**

12.  Each of the above allegations is hereby incorporated by reference as if fully set forth herein.

13.  On or about March 18, 2025, in the Eastern District of Missouri, the defendants,

**RENNY SOJO DELGADO,**
**WINSTON FLORES DURAN,**
**EYDER BUENO FRANCIA,**
**MARIO PEREZ ALVARADO,** and
**MICHELL QUINTANA GIL,**

did knowingly take and carry away with intent to steal and purloin, from an ATM located at 1999 West Osage Street, Pacific, Missouri 63069, over $77,000 of money belonging to and in the care, custody, control, management and possession of Bank Star, a bank whose deposits were then

insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(b) and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION

The Grand Jury further alleges there is probable cause that:

1.    Pursuant to Title 18, United States Code, Sections 981, upon conviction of an offense in violation of Title 18, United States Code, Section 2113(b), as set forth in Count Two, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation.   Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation.

2.    If any of the property described above, as a result of any act or omission of the defendants:

    a.   cannot be located upon the exercise of due diligence;
    b.   has been transferred or sold to, or deposited with, a third party;
    c.   has been placed beyond the jurisdiction of the court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney

4